IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN-DUBUQUE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 18-CR-1021 |
| Plaintiff, | **INDICTMENT** |
| vs. | Counts 1 |
| | 21 U.S.C. § 841(a)(1): |
| BRIANNA MARIE MARTIN, | Distribution of a Controlled Substance |
| Defendant. | |

The Grand Jury charges:

## Count 1

## Distribution of a Controlled Substance

On or about July 28, 2016, in the Northern District of Iowa, defendant BRIANNA MARIE MARTIN did knowingly and intentionally distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

1

This was in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

A TRUE BILL

s/ Foreperson  5/23/18
Grand Jury Foreperson    Date

PETER E. DEEGAN, JR.
United States Attorney

By: *D. Chatham*

DAN CHATHAM
Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY
And filed 5/23/2018
ROBERT L. PHELPS, CLERK