RECEIVED APR 2 3 2019

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 2:18CR01021-001 |
| Plaintiff, ) | |
| v. ) | |
| BRIANNA MARIE MARTIN, ) | |
| Defendant, ) | |
| and ) | |
| DUTRAC, ) | |
| Garnishee. ) | |

## ANSWER OF THE GARNISHEE

_Allison Goodrich_, BEING DULY SWORN DEPOSES AND SAYS:
(Name of Person Answering)

[CHOOSE ONE AS APPLICABLE:]

[IF GARNISHEE IS AN INDIVIDUAL OR PARTNERSHIP:]

That he/she is Garnishee herein doing business in the name of

_____.

[IF GARNISHEE IS A CORPORATION:]

That he/she is the _Debt Counselor_ (state official title) of the Garnishee, a corporation organized under the laws of the State of

_Iowa_.

1

On the 2 day of __April__, 20_19_, Garnishee was served with the Writ of Continuing Garnishment.

    Yes   No

1.   X   ___   The Garnishee has custody, control or possession of the following property in which the debtor maintains an interest, as described below:

| Description of Property | Approximate Value | Description of Debtor's Interest of Property |
|---|---|---|
| (1) Savings | $31.11 | Owner |
| (2) | | |
| (3) | | |
| (4) | | |

    Yes   No

2.   ___   X   Have there been previous garnishments in effect. If the answer is yes, describe below.

_____
_____
_____
_____

3.   ___   X   Garnishee anticipates owing to the judgment-debtor in the future, the following amounts:

| Amount | Estimate date or Period Due |
|---|---|
| (1) $_____ | _____ |
| (2) $_____ | _____ |
| (3) $_____ | _____ |

(Check the applicable line below if you deny that you hold property subject to this order of garnishment.)

4. \_\_ The Garnishee has the following objections, defenses, or set-offs to Plaintiff's right to apply Garnishee's indebtedness to Defendant: _____

_____

\_\_ The Garnishee is in no manner and upon no account indebted or under liability to the judgment debtor, Brianna Marie Martin, and that the Garnishee does not have in his/her possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.

The undersigned certifies that the Garnishee mailed a copy of this answer by first-class mail to (1) the Debtor, Brianna Marie Martin,

and (2) the attorney for the United States, 111 Seventh Avenue SE, Box 1, Cedar Rapids, IA 52401.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the above is true and correct.

DuTrac Community Credit Union
Garnishee
*Allison Goodrich*
Signature
Allison Goodrich
(Type or print name)
Debt Counselor
(Indicate your relationship to Garnishee -- i.e. President, Treasurer, Payroll Clerk, etc.)
563-582-1331
Telephone Number of Garnishee

3

**DuTrac Community Credit Union**
P.O. Box 3250 • Dubuque, IA 52004-3250



NEOPOST
04/22/2019
US POSTAGE $000.38³
FIRST-CLASS MAIL
AUTO
ZIP 52002
041M11284229

BMDYN5B  52401

CLERK, UNITED STATES DISTRICT COURT
111 SEVENTH AVE SE BOX 12
CEDAR RAPIDS IA 52401