# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF IOWA

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

TO: U.S. Department of State
CA/PPT/L/LA
44132 Mercure Circle
P.O. Box 1227
Sterling, VA 20166-1227

Fax (202) 485-6496
Email: CA-PPT-CourtOrders@state.gov

FROM: Kristi Reynolds
111 7th Avenue SE
Cedar Rapids, IA 52401

[X] **Original Notice**
Date: 05/10/2018
By: Amy Berns, DQA II

[X] **Notice of Disposition**
Date: 04/30/2019
By: Amy Berns, DQA II

Defendant: Brianna Marie Martin
Case Number: 18-151M-1

Date of Birth:
SSN:
Place of Birth:

**Notice of Court Order** (Order Date: 05/04/2018)

[X] The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

[ ] The above-named defendant surrendered passport number _____ and/or passport card number _____ to the custody of the U.S. District Court on _____.

## NOTICE OF DISPOSITION

The above case has been disposed of.

[ ] The above order of the court is no longer in effect.
[ ] Defendant not convicted – Document returned to defendant.
[ ] Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.
   XX Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Department of State
Defendant (or representative)
Clerk of Court